1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE KENDALL BENN,                    No.  2:21-cv-00667-CKD P

12                     Plaintiff,

13         v.                                 ORDER AND

14    A. LUCCA, et al.,                       FINDINGS AND RECOMMENDATIONS

15                     Defendants.

16

17         By order filed July 14, 2021, plaintiff's complaint was dismissed and thirty days leave to

18    file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has

19    not filed an amended complaint or otherwise responded to the court's order.  Plaintiff has

20    consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

21         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this

22    matter to a district court judge.

23         IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.  See

24    Local Rule 110; Fed. R. Civ. P. 41(b).

25         These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

1   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

2   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3   (9th Cir. 1991).

4   Dated:  August 24, 2021

5

6                    CAROLYN K. DELANEY
                       UNITED STATES MAGISTRATE JUDGE

12   12/benn0667.fta.docx